NUMBER 13-09-00072-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

SPECIALTY BUILDERS AND DESIGNS 

AND FELIPE GUERRERO, JR., Appellants,


v.



JESUS AND DALILA LUCIO, Appellees. 

_____________________________________________________________


On Appeal from the 357th District Court 


of Cameron County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Benavides


Memorandum Opinion Per Curiam


 Appellants, Specialty Builders and Designs and Felipe Guerrero, Jr., perfected an
appeal from a judgment entered by the 357th District Court of Cameron County, Texas, in
cause number 2005-05-2850-E. Appellants have filed an unopposed motion to dismiss the
appeal on grounds that all issues in controversy between the parties have been resolved.
Appellants request that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellants' unopposed
motion to dismiss the appeal, is of the opinion that the motion should be granted. See Tex.
R. App. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby
DISMISSED. Costs will be taxed against appellants. See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the appellant."). Having dismissed
the appeal at appellants' request, no motion for rehearing will be entertained, and our
mandate will issue forthwith.


 PER CURIAM

Memorandum Opinion delivered and

filed this the 23rd day of July, 2009.